x:\tc51595\appear

WDJ/ls
File No.: TC-51595

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
PANCRI DIEZ AND ROSA DIEZ,

      Plaintiffs,

  -against-

80 LAFAYETTE ASSOCIATES, LLC, ALAN KASMAN DBA KASCO, AMERICAN STOCK EXCHANGE CLEARING LLC, AMERICAN STOCK EXCHANGE LLC, AMERICAN STOCK EXCHANGE REALTY ASSOCIATES LLC, AMEX COMMODITIES LLC, AMEX INTERNATIONAL INC., AMEX INTERNATIONAL LLC, AMEX SEAT OWNERS ASSOCIATION, INC., AMEX SPECIALISTS ASSOCIATION, INC., ANN TAYLOR STORES CORPORATION, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BLUE MILLENNIUM REALTY LLC, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC, CENTURY 21, INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVIVCES CO., MAYORE ESTATES LLC, MAYORE ESTATTES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, NEW YORK CITY INDUSTRIAL

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

DEVELOPMENT AGENCY, NEW YORK CITY
INDUSTRIAL DEVELOPMENT CORPORATION,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., STONER AND
COMPANY, INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THE
NASDAQ STOCK MARKET, INC., TOSCORP INC.,
TUCKER ANTHONY, INC., WESTON SOLUTIONS,
INC., WFP TOWER A CO., WFP TOWER A CO. G.P.
CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO.
G.P. CORP., WFP TOWER B HOLDING CO., LP, AND
WFP TOWER B. CO., L.P., ET AL,

       Defendants.
-------------------------------------------------------------------------X

COUNSELORS:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
   July 11, 2007

            WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
            BARRY, McTIERNAN & MOORE
            Attorneys for Defendants
            STRUCTURE TONE, INC. s/h/a
            STRUCTURE TONE (UK), INC. and
            STRUCTURE TONE GLOBAL SERVICES, INC.
            2 Rector Street – 14th Floor
            New York, New York 10006
            (212) 313-3600