UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE           Case No. 21 MC 102 (AKH)
LITIGATION
------------------------------------------------------------------x
PANCRI DIEZ (and wife, ROSA DIEZ),          :    Case No. 07 CV 5351

                     Plaintiffs,       :

                                   **NOTICE OF APPEARANCE**

   - against -                                 :

AMERICAN STOCK EXCHANGE CLEARING           :
LLC, et al.,
                                   :

                     Defendants.
------------------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant AMEX SEAT OWNERS ASSOCIATION, INC.

    I certify that I am admitted to practice in this court.

Date: August 6, 2007

**SILLER WILK LLP**
Attorneys for Defendant AMEX Seat
Owners Association, Inc.

By: /s/ Pamela L. Kleinberg
Pamela L. Kleinberg, Esq. (PK 4508)
675 Third Avenue, 9th Floor
New York, NY 10017
(212) 421-2233

{00178957v1}                        1