UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE     Case No. 21 MC 102 (AKH)
LITIGATION
------------------------------------------------------------x
PANCRI DIEZ (and wife, ROSA DIEZ),   :    Case No. 07 CV 5351

                        Plaintiffs,   :    **STIPULATION OF**
                                         **DISCONTINUANCE**
    - against -                            :    **AS TO DEFENDANT**
                                           **AMEX SEAT OWNERS**
80 LAFAYETTE ASSOCIATES, LLC, et al.,   :    **ASSOCIATION, INC. ONLY**

                        Defendants.   :
------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent Plaintiffs can so Stipulate that each claim, cross-claim and counter-claim asserted by and against Defendant AMEX SEAT OWNERS ASSOCIATION, INC., only as to the claims being made as to the premises located at 86 Trinity Place, New York, New York, shall be and the same hereby are discontinued without prejudice and without costs to any party as against the other.

        **IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that AMEX SEAT OWNERS ASSOCIATION, INC. is proper party to this suit, that Plaintiffs may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely

{00178624v1}

commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
August 1, 2007

**WORBY GRONER EDELMAN
& NAPOLI BERN, LLP**
Attorneys for Plaintiffs

By: _____
Christopher R. LoPalo, Esq.
115 Broadway, 12th floor
New York, NY  10006
(212) 267-3700

**SILLER WILK LLP**
Attorneys for Defendant AMEX Seat
Owners Association, Inc.

By: _____
Pamela L. Kleinberg, Esq.
675 Third Avenue, 9th Floor
New York, NY  10017
(212) 421-2233

SO ORDERED: 8/9/07

{00178624v1}