UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION
-----------------------------------------------------------------------X
PANCRI DIEZ AND ROSA DIEZ,

Index No.: 07CV05351

Plaintiff(s),

-against-

**NOTICE OF ADOPTION**

**1:21-MC-00102-AKH**

80 LAFAYETTE ASSOCIATES, LLC, ALAN
KASMAN DBA KASCO, AMERICAN STOCK
EXCHANGE CLEARING LLC, AMERICAN
STOCK EXCHANGE LLC, AMERICAN STOCK
EXCHANGE REALTY ASSOCIATES LLC,
AMEX COMMODITIES LLC, AMEX
INTERNATIONAL INC., AMEX
INTERNATIONAL LLC, AMEX SEAT OWNERS
ASSOCIATION, INC., AMEX SPECIALISTS
ASSOCIATION, INC., ANN TAYLOR STORES
CORPORATION, B.R. FRIES & ASSOCIATES,
INC., BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BLUE
MILLENNIUM REALTY LLC, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CENTURY 21, INC.,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB &ELLIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
MAYORE ESTATES LLC, MAYORE ESTATES
LLC AND 80 LAFAYETTE ASSOCIATION LLC
AS TENANTS IN COMMON, MERRILL LYNCH
& CO, INC., NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW YORK
CITY ECONOMIC DEVELOPMENT
CORPORATION, NEW YORK CITY
INDUSTRIAL DEVELOPMENT AGENCY, NEW
YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING

AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STONER AND
COMPANY, INC., STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES,
INC., THE NASDAQ STOCK MARKET, INC.,
TOSCORP INC., TUCKER ANTHONY, INC.,
WESTON SOLUTIONS, INC., WFP TOWER A
CO., WFP TOWER A CO. G.P. CORP., WFP
TOWER A. CO., L.P., WFP TOWER B CO. G.P.
CORP., WFP TOWER B HOLDING CO., LP,
AND WFP TOWER B. CO., L.P., ET AL,

                                                    Defendant(s).
------------------------------------------------------------------------X

C O U N S E L O R S :

        PLEASE TAKE NOTICE that Defendant, HILLMANN ENVIRONMENTAL GROUP,

LLC, (hereinafter HILLMANN) as and for it's response to the allegations set forth in the

Complaint by adoption or Check-Off Complaint related to the Master Complaint filed herein and

applicable to the above captioned matter hereby adopts all of the responses and all of the

affirmative defenses contained in the Answer to the Master Complaint dated, filed and served

August 2, 2007, *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21MC 102

(AKH).  The responses to all of the allegations in the Master Complaint are adopted herein and

are applicable to the Check-Off Complaint served and filed herein.  Defendant, HILLMANN,

also adopts the responses contained in any Amended Answer filed and served herein.

        PLEASE TAKE FURTHER NOTICE that Defendant, HILLMANN, reserves the right to

serve and file an amended answer and specifically reserves the right to interpose a cross claim

against any and all co-defendants.

        PLEASE TAKE FURTHER NOTICE that Defendant, HILLMANN, also adopts all

affirmative defenses and the jury demand herein.

WHEREFORE, Defendant, HILLMANN, demands judgment dismissing the above captioned action against it along with the costs and disbursements of this action.

Dated:  White Plains, New York
September 11, 2007

Yours, etc.,

**SAM ROSMARIN, PLLC**

By:  _____
Salvatore J. Calabrese, Esq. (5133)
Attorneys for Defendant
HILLMANN ENVIRONMENTAL GROUP LLC
11 Martine Avenue – 9th Floor
White Plains, New York 10606

(914) 686-4000

TO:

Paul Napoli, Esq.
WORBY GRONER EDELMAN
NAPOLI & BERN, LLP
115 Broadway, 12th Floor
New York, New York  10006
(877) 982-4376
clopalo@napolibern.com

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C.
233 Broadway, 5th Floor
New York, New York 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, New York  10279
Liaison Counsel for Plaintiffs
 (212) 553-9206
cannata@cannatalaw.com

# SERVICE RIDER

**1:21-mc-102 Notice has been electronically mailed to:**

Donna-Marie Baloy    Baloyd@wemed.com

Brian Andrew Bender    bbender@harrisbeach.com, jsavitsky@harrisbeach.com

Dror Bikel    dbikel@sralawfirm.com

Judith Rita Cohen    cohenj@dicksteinshapiro.com

James J. Coster    jcoster@ssbb.com, asnow@ssbb.com, bmeans@ssbb.com, jrubins@ssbb.com, managingclerk@ssbb.com, tbrock@ssbb.com

Defendants    bbrender@harrisbeach.com

Andrew Riggs Dunlap    adunlap@kirkland.com, kenymanagingclerk@kirkland.com

Thomas A. Egan    tegan@fzw.com, service@fzw.com

Virginia Goodman Futterman    vfutterman@londonfischer.com

Christian Holt Gannon    cgannon@smsm.com

Roman E Gitnik    rgitnik@lifflander.com

Stanley Goos    Jsavitsky@harrisbeach.com, sgoos@harrisbeach.com

Robert Allen Grochow    rgrochow@aol.com

Benjamin E- Haglund    bhaglund@daypitney.com

John J. Henry    jhenry@woh.com, clalyer@woh.com, jkroll@woh.com, lrice@woh.com, wnolan@woh.com

Hillman Environmental Group, LLC.    sam@rosmarinlaw.com

Michael D. Hynes    michael.hynes@dlapiper.com

Barry Mark Kazan    bkazan@ebglaw.com

Frank Joseph Keenan    keenan@methwerb.com

LeFrak Organization Inc.    bbender@harrisbeach.com

Richard Eric Leff    Rleff@mcgivneyandkluger.com

Lefrak Organization, Inc.    bbender@harrisbeach.com

Eric Foster Leon    eleon@kirkland.com, kenymanagingclerk@kirkland.com

Christopher Allen McLaughlin    christopherm@zegam.com

Anthony Molloy , III    amolloy@pattonboggs.com

Kevin Jude O'Neill    KJO@GOGICK.COM

Michael David Reisman    mreisman@kirkland.com, kenymanagingclerk@kirkland.com

Gail L. Ritzert    gail.ritzert@hrrvlaw.com, martha.raskin@hrrvlaw.com

Sam Rosmarin    sam@rosmarinlaw.com

Andrew John Scholz    ascholz@fzw.com, enolan@fzwz.com, service@fzwz.com

Louis Smith    smithlo@gtlaw.com, gtcourtalert@gtlaw.com, petersr@gtlaw.com

Lee Ann Stevenson    lstevenson@kirkland.com, kenymanagingclerk@kirkland.com

Howard F. Strongin    hstrongin@sralawfirm.com

Jill Suzanne Taylor    jtaylor@sralawfirm.com

James Edward Tyrrell , JR    jtyrrell@pattonboggs.com, jhopkins@pattonboggs.com, tsaybe@pattonboggs.com

Mark Joseph Weber    mweber@moundcotton.com

Todd E. Weisman    toddw@efwlaw.com

Robin Michel Wertheimer    robinwertheimer@hotmail.com

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:   COUNTY OF WESTCHESTER:

   Cristina A. Villani, being duly sworn, says, I am not a party to the action, am over 18 years of age and reside at White Plains, New York.

   On September 11th, 2007 I filed with the USDC pursuant to ECF filing instructions under Case No.: 1:21-mc-00102-AKH and emailed a true copy of the annexed DEFENDANT HILLMAN ENVIRONMENTAL GROUP LLC NOTICE OF ADOPTION by electronic mailing the same to the following parties at their last known electronic mailing address:

Paul Napoli, Esq.
WORBY GRONER EDELMAN
 NAPOLI & BERN, LLP
115 Broadway, 12th Floor
New York, New York  10006
(877) 982-4376
ShelleneBousher@NapoliBern,com

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C.
233 Broadway, 5th Floor
New York, New York  10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, New York  10279
Liaison Counsel for Plaintiffs
 (212) 553-9206
cannata@cannatalaw.com

All parties indicated on the
**SERVICE RIDER**

_____.
        Cristina A. Villani

Sworn to before me this
11th day of September 2007

  Charlene S. Rogers
   Notary Public
   No. 01RO 4703494
Qualified in Westchester County
 Commission Expires 11/30/09