UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
:
:
:
:
---------------------------------------------------------------X
PANCRI DIEZ AND ROSA DIEZ, : 07-CV-05351-AKH
:
                Plaintiffs, :
: **APPEARANCE**
  - against - :
:
80 LAFAYETTE ASSOCIATES, LLC, *et al.*, : **ELECTRONICALLY FILED**
:
                Defendants. :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007
                            By:   /s/ Judith R. Cohen
                                   _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorney for Defendant*
                                  MERRILL LYNCH & CO., INC.