William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

———————————————————————X

PANCRI DIEZ (AND WIFE, ROSA DIEZ)

                                                      **NOTICE OF THE
                                                      BROOKFIELD
                         V.                           PARTIES' ADOPTION
                                                      OF AMENDED ANSWER
                                                      TO MASTER
                                                      COMPLAINT**

80 LAFAYETTE ASSOCIATES, LLC, ET. AL.,                CASE NUMBER: (AKH)
                                                      07 CV 05351

———————————————————————X

PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties,

Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC

f/k/a WFP Tower A Co. L.P., Brookfield Properties One WFC G.P. Corp. f/k/a WFP

Tower A Co. GP Corp., WFP Tower B Co L.P., and WFP Tower B Co. GP Corp.

(collectively the "Brookfield Parties"), as and for their responses to the allegations set

forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master

Complaint filed in the above referenced action, hereby adopt the Brookfield Parties'

Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the

matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC

102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October _18_ 2007

                     Faust, Goetz, Schenker & Blee, LLP

                     By: William J. Smith (WJS-9137)
                     Attorneys for the Brookfield Parties
                     Two Rector Street, 20th Floor
                     New York, NY 10006
                     (212) 363-6900